In the Matter of MARKETTA CROFT, Respondent, v LARIE GORDON, Appellant. [746 NYS2d 397]

The Family Court providently exercised its discretion in denying the appellant's motion to vacate the order of filiation on the ground of newly-discovered evidence (*see* CPLR 5015 [a] [2]; *Vandelli v Vandelli,* 266 AD2d 280). The appellant failed to show that the alleged newly-discovered evidence could not have been discovered with due diligence before he admitted to paternity of the subject child (*see Zaccaria v Russell,* 288 AD2d 468; *Litras v Litras,* 271 AD2d 578).

The appellant's remaining contentions are unpreserved for appellate review, and in any event, without merit. Florio, J.P., S. Miller, Townes and Cozier, JJ., concur.